# CRIMINAL COURTROOM MINUTE SHEET
## GRAND JURY ARRAIGNMENT

**DATE:** 10/20/2016     **CASE:** CR-16-196-F

**TIME IN COURT:** 20 mins     **COURTROOM:** 201

**MAGISTRATE JUDGE GARY M. PURCELL**     **COURTROOM DEPUTY BONNIE SIMPSON**

**UNITED STATES OF AMERICA vs. CHARLIE DARNELL BROWN**

Defendant States true and correct name as: same     **AGE:** 36

**Government Cnsl:** JULIA BARRY     **Defendant Cnsl:** JULIA SUMMERS

**U.S. Probation Officer:** ___     Public Defender

- [x] Defendant Appears, custody of U.S. Marshal with Counsel    Interpreter: ___
- [x] Defendant advised of his / her right of consular notification, N/A
- [x] Court inquires of Government regarding notification of victim(s) under Justice for All Act.
- [x] Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.
- [x] Dft advised of his / her right to an attorney.
- [x] Dft fully advised of the substance of the count(s).
- [x] Dft provided copy of Indictment
- [x] Dft waives reading of the Indictment by the Court.
- [x] Dft enters plea of Not Guilty

---

- [x] Case set on jury docket beginning the week of DECEMBER 6, 2016

---

- [x] Government recommends defendant be released on bond with conditions at the Carver Center
- [ ] Government recommends defendant be detained based on ___
- [ ] Government ___
  - [ ] Upon motion of the Government and request for continuance by ___
  - [ ] Detention Hearing is set for ___
- [ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

---

## The Court Orders:

- [ ] The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.
- [ ] Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Defendant released on previously posted bond with conditions per Release Order.
- [x] Unsecured Bond set at $5,000 with conditions per Release Order.
- [ ] Secured Bond set at ___ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- [x] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [ ] Defendant remanded to the custody of U.S. Marshal.

SR-01-2016